**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
-------------------------------------------------------x

**SIDNEY ABUSCH & DARLA J. LEONARD,**

       **Petitioner,**

       **V.**

**UNITED STATES OF AMERICA,**

       **Respondent.**
-------------------------------------------------------x

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2014 MAR 11  PM 3: 26

WILLIAM W. BLEVINS
CLERK

# 14 - 547
## SECT. E  MAG. 5

<u>**PETITION TO QUASH SUMMONS**</u>

    **NOW INTO COURT,** come Sidney Abusch & Darla J. Leonard, petitioners herein, appear in proper person.

### I

    Petitioners, whose mailing address is 5701 Plauche Court, New Orleans, LA  70123 bring this action pursuant to 26 U.S.C. § 7609, *et seq.*  Jurisdiction is founded upon U.S.C. § 7609 (h).

### II

    Sidney Abusch & Darla J. Leonard reside in the Eastern District of Louisiana and have Accounts with JP Morgan Chase Bank, which are found in this district.

### III

    Sidney Abusch & Darla J. Leonard have duly filed individual income tax returns, Form 1040, for the years 2008, 2009 and 2010, which are currently being examined by Denise Adams, Revenue Agent, for the Internal Revenue Service in Houma, LA.

### IV

    Pursuant to this examination, the said Revenue Agent has issued a second summons, dated February 27, 2014, to JP Morgan Chase Bank (Exhibit A).  The first summons was

Fee 400. ⁰⁰ pd.
___ Process_____
X  Dktd_____
___ CtRmDep_____
___ Doc. No._____

issued on April 12, 2013 (Exhibit B).

V

The summons requested production of various documents and information relating to the years 2006, 2007, 2008, 2009 and 2010.

VI

The years 2006 and 2007 are "closed" years.  The Internal Revenue Service cannot audit and assess additional tax due to the three (3) year statute of limitations.  The agent has already received information for the years 2006 and 2007 from the previous summons.

VII

The summons is overly broad in scope and demands information that is irrelevant and has no bearing to the issues arising out of the years 2008, 2009 and 2010.  It therefore constitutes an unreasonable search and seizure, prohibited by the fourth (4th) amendment.

VIII

The Agent has been examining this case for more than four years and there is currently no enforcement action existing concerning the years 2006 and 2007.  Hence a summons for records relating to those years constitutes an abuse of process.

**WHEREFORE,** Petitioners pray for judgment in their favor, quashing the summonses and for other relief that this Honorable Court deems equitable and just.

Respectfully submitted,

Sidney Abusch

Darla J. Leonard
5701 Plauche Court
New Orleans, LA 70123
504- 818- 0510