UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SIDNEY ABUSCH, et al.                               CIVIL ACTION

VERSUS                                              NO: 14-547

UNITED STATES OF AMERICA                            SECTION: R(3)

**ORDER AND REASONS**

The United States has filed a motion to dismiss for lack of subject matter jurisdiction.[1] Magistrate Judge Knowles has recommended that the United States' motion be granted,[2] and petitioners have filed no objection to the Magistrate's Report and Recommendation ("R&R"). Having reviewed *de novo* the petition,[3] the record, the applicable law, and the R&R, the Court hereby approves the R&R and adopts it as its opinion.

Accordingly, the Court GRANTS the United States' motion to dismiss for lack of subject matter jurisdiction and dismisses the petition without prejudice.

New Orleans, Louisiana, this  8th  day of May, 2014.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[1]   R. Doc. 5.

[2]   R. Doc. 7.

[3]   R. Doc. 1.